# EXHIBIT A

## EXHIBIT A

## SUMMARY OF FACTORS

### Private Interest Factors

| *Factor* | *Outcome* |
|---|---|
| Plaintiff's forum preference | Neutral |
| Defendant's forum preference | Weighs in FAVOR of transfer |
| Where the claim arose | Weighs in FAVOR of transfer |
| The convenience of the parties | Weighs in FAVOR of transfer |
| The convenience of the witnesses | Weighs in FAVOR of transfer |
| The location of relevant books and records | Weighs in FAVOR of transfer |

### Public Interest Factors

| *Factor* | *Outcome* |
|---|---|
| The enforceability of the judgment | Neutral |
| Practical considerations that could make the trial easier, quicker, less expensive | Weighs in FAVOR of transfer |
| Court congestion in the two forums | Neutral |
| The local interest in the controversy | Weighs in FAVOR of transfer |
| The public policies of the forum states | Neutral |
| The familiarity of the judge with the applicable state law in diversity cases | Neutral |

# EXHIBIT B

*PATENT*

Attorney's Docket No. ___U 012831-1___

---

## COMBINED DECLARATION AND POWER OF ATTORNEY

### (ORIGINAL, DESIGN, NATIONAL STAGE OF PCT, SUPPLEMENTAL, DIVISIONAL, CONTINUATION OR CIP)

---

As a below named inventor, I hereby declare that:

### TYPE OF DECLARATION

This declaration is of the following type: (*check one applicable item below*)

- ☒ original
- ☐ design
- ☐ supplemental

NOTE: If the declaration is for an International Application being filed as a divisional, continuation or continuation-in-part application do not check next item; check appropriate one of last three items.

- ☐ national stage of PCT

NOTE: If one of the following 3 items apply then complete and also attach ADDED PAGES FOR DIVISIONAL, CONTINUATION OR CIP.

- ☐ divisional
- ☐ continuation
- ☐ continuation-in-part (CIP)

### INVENTORSHIP IDENTIFICATION

WARNING: If the inventors are each not the inventors of all the claims an explanation of the facts, including the ownership of all the claims at the time the last claimed invention was made, should be submitted.

My residence, post office address and citizenship are as stated below next to my name, I believe I am the original, first and sole inventor (*if only one name is listed below*) or an original, first and joint inventor (*if plural names are listed below*) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

### TITLE OF INVENTION
FORCE DETECTOR AND ACCELERATION DETECTOR
AND METHOD OF MANUFACTURING THE SAME

---

### SPECIFICATION IDENTIFICATION

the specification of which: (*complete (a), (b) or (c)*)

- (a) ☒ is attached hereto.
- (b) ☐ was filed on _____ as ☐ Serial No. 0  / _____
       or ☐ Express Mail No., *as Serial No. not yet known* _____
       and was amended on _____ (*if applicable*).

NOTE: Amendments filed after the original papers are deposited with the PTO which contain new matter are not accorded a filing date by being referred to in the declaration. Accordingly, the amendments involved are those filed with the application papers or, in the case of a supplemental declaration, are those amendments claiming matter not encompassed in the original statement of invention or claims. See 37 CFR 1.67.

(Declaration and Power of Attorney [1-1]—page 1 of 4)

(c) ☐ was described and claimed in PCT International Application No. _____ filed on _____ and as amended under PCT Article 19 on _____ (if any).

### ACKNOWLEDGEMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, § 1.56(a).

☐ In compliance with this duty there is attached an information disclosure statement. 37 CFR 1.97.

### PRIORITY CLAIM

I hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign application(s) for patent or inventor's certificate or of any PCT international application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign application(s) for patent or inventor's certificate or any PCT international application(s) designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed.

### (complete (d) or (e))

(d) ☐ no such applications have been filed.

(e) ☒ such applications have been filed as follows

NOTE: Where item (c) is entered above and the International Application which designated the U.S. claimed priority check item (e), enter the details below and make the priority claim.

EARLIEST FOREIGN APPLICATION(S), IF ANY FILED WITHIN 12 MONTHS (6 MONTHS FOR DESIGN) PRIOR TO THIS U.S. APPLICATION

| COUNTRY | APPLICATION NUMBER | DATE OF FILING (month, day, year) | PRIORITY CLAIMED UNDER 37 USC 119 |
|---------|---------------------|------------------------------------|------------------------------------|
| JAPAN | 274299/1990 | Oct. 12, 1990 | ☒ YES   NO ☐ |
| JAPAN | 416188/1990 | Dec. 31, 1990 | ☒ YES   NO ☐ |
|  |  |  | ☐ YES   NO ☐ |
|  |  |  | ☐ YES   NO ☐ |
|  |  |  | ☐ YES   NO ☐ |

ALL FOREIGN APPLICATION(S), IF ANY FILED MORE THAN 12 MONTHS (6 MONTHS FOR DESIGN) PRIOR TO THIS U.S. APPLICATION

_____

_____

_____

(Declaration and Power of Attorney [1-1]—page 2 of 4)

## POWER OF ATTORNEY

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith. (List name and registration number.)

Leonard J. Robbins, 14894
Paul B. West, 18947
Joseph H. Handelman, 26179
John Richards, 31053
John J. Crystal, 26360
Richard J. Streit, 25765
Alan K. Roberts, 17777

S. Delvalle Goldsmith, 14383
Lester Horwitz, 18996
Peter D. Galloway, 27885
Iain C. Baillie, 24090
Thomas F. Peterson, 24790
Richard P. Berg, 28145
Julian H. Cohen, 20302

SEND CORRESPONDENCE TO

LESTER HORWITZ
LADAS & PARRY
26 WEST 61ST STREET
NEW YORK, NEW YORK 10023

DIRECT TELEPHONE CALLS TO:
(Name and telephone number)

LESTER HORWITZ
(212)708-1930

## DECLARATION

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

## SIGNATURE(S)

Full name of sole or first inventor _____ Kazuhiro OKADA

Inventor's signature _____ *Kazuhiro Okada*

Date ___Aug. 8, 1991___ Country of Citizenship ___JAPAN___

Residence __73, SUGAYA 4-CHOME, AGEO-SHI, SAITAMA·362 JAPAN__

Post Office Address ___SAME AS ABOVE___

Full name of second joint inventor, if any _____

Inventor's signature _____

Date _____ Country of Citizenship _____

Residence _____

Post Office Address _____

(Declaration and Power of Attorney [1-1]—page 3 of 4)

*CHECK PROPER BOX(ES) IF ANY OF THE FOLLOWING ADDED PAGE(S) FORM A PART OF THIS DECLARATION*

☐ Signature for third and subsequent joint inventors. *Number of pages added* _____

☐ Signature by administrator(trix), executor(trix) or legal representative for deceased or incapacitated inventor. *Number of pages added* _____

☐ Signature for inventor who refuses to sign or cannot be reached by person authorized under 37 CFR 1.47. *Number of pages added* _____

• • •

☐ Added pages to combined declaration and power of attorney for divisional, continuation, or continuation-in-part (CIP) application.

☐ Number of pages added _____

• • •

*If no further pages form a part of this Declaration then end this Declaration with this page and check the following item*

☒ **This declaration ends with this page**

(Declaration and Power of Attorney [1-1]—page 4 of 4)

EXHIBIT C

12-MONTH PERIOD ENDING SEPTEMBER 30

| DELAWARE | | | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | U.S. | Circuit |
| **OVERALL CASELOAD STATISTICS** | Filings* | | 1,264 | 1,206 | 1,065 | 1,077 | 1,190 | 1,797 | U.S. | Circuit |
| | Terminations | | 1,243 | 1,222 | 975 | 1,419 | 1,448 | 1,516 | | |
| | Pending | | 1,501 | 1,482 | 1,511 | 1,501 | 1,853 | 2,085 | | |
| | % Change in Total Filings | Over Last Year | | 4.8 | | | | | 38 | 2 |
| | | Over Earlier Years | | | 18.7 | 17.4 | 6.2 | -29.7 | 89 | 5 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months** | | | 12.0 | 12.0 | 9.5 | .0 | .0 | .0 | | |
| **ACTIONS PER JUDGESHIP** | FILINGS | Total | 317 | 302 | 267 | 270 | 298 | 449 | 76 | 4 |
| | | Civil | 281 | 246 | 218 | 233 | 264 | 414 | 55 | 4 |
| | | Criminal Felony | 27 | 47 | 38 | 30 | 28 | 29 | 90 | 6 |
| | | Supervised Release Hearings** | 9 | 9 | 11 | 7 | 6 | 6 | 83 | 4 |
| | Pending Cases | | 375 | 371 | 378 | 375 | 463 | 521 | 48 | 5 |
| | Weighted Filings** | | 478 | 443 | 379 | 367 | 422 | 534 | 38 | 3 |
| | Terminations | | 311 | 306 | 244 | 355 | 362 | 379 | 76 | 4 |
| | Trials Completed | | 29 | 26 | 21 | 15 | 20 | 19 | 16 | 2 |
| **MEDIAN TIMES (months)** | From Filing to Disposition | Criminal Felony | 9.1 | 8.6 | 8.5 | 9.3 | 9.4 | 9.1 | 47 | 1 |
| | | Civil** | 8.3 | 11.2 | 12.5 | 16.8 | 10.9 | 14.0 | 39 | 4 |
| | From Filing to Trial** (Civil Only) | | 34.0 | 25.0 | 27.0 | 26.0 | 23.5 | 26.0 | 67 | 4 |
| **OTHER** | Civil Cases Over 3 Years Old** | Number | 229 | 175 | 108 | 142 | 156 | 65 | | |
| | | Percentage | 17.2 | 13.8 | 8.2 | 10.6 | 9.1 | 3.4 | 88 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.1 | 1.1 | 1.1 | 1.2 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 44.62 | 46.03 | 41.56 | 39.60 | 39.82 | 38.50 | | |
| | | Percent Not Selected or Challenged | 27.0 | 28.8 | 31.7 | 24.1 | 22.8 | 20.9 | | |

| 2009 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1122 | 46 | 120 | 251 | 8 | 7 | 31 | 108 | 56 | 239 | 100 | 5 | 151 |
| Criminal* | 103 | 5 | 14 | 14 | 38 | 12 | 1 | 11 | 1 | - | 1 | 1 | 5 |

\*   Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.

\*\* See "Explanation of Selected Terms."

| NEW YORK NORTHERN | | | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | U.S. | Circuit |
| **OVERALL CASELOAD STATISTICS** | Filings* | | 2,119 | 1,957 | 1,956 | 2,110 | 2,164 | 2,059 | U.S. | Circuit |
| | Terminations | | 2,124 | 2,271 | 2,165 | 1,905 | 2,093 | 2,042 | | |
| | Pending | | 2,577 | 2,643 | 2,932 | 3,303 | 3,096 | 2,981 | | |
| | % Change in Total Filings | Over Last Year | | 8.3 | | | | | 22 | 2 |
| | | Over Earlier Years | | | 8.3 | .4 | -2.1 | 2.9 | 24 | 3 |
| | Number of Judgeships | | 5 | 5 | 5 | 5 | 5 | 5 | | |
| | Vacant Judgeship Months** | | 12.0 | 21.6 | 14.0 | 6.6 | .0 | 3.9 | | |
| **ACTIONS PER JUDGESHIP** | FILINGS | Total | 424 | 392 | 392 | 422 | 433 | 412 | 47 | 4 |
| | | Civil | 300 | 279 | 291 | 318 | 332 | 309 | 48 | 4 |
| | | Criminal Felony | 92 | 74 | 64 | 70 | 69 | 73 | 26 | 2 |
| | | Supervised Release Hearings** | 32 | 39 | 37 | 34 | 32 | 30 | 28 | 2 |
| | Pending Cases | | 515 | 529 | 586 | 661 | 619 | 596 | 16 | 4 |
| | Weighted Filings** | | 450 | 380 | 394 | 422 | 434 | 394 | 45 | 4 |
| | Terminations | | 425 | 454 | 433 | 381 | 419 | 408 | 43 | 4 |
| | Trials Completed | | 15 | 14 | 15 | 14 | 13 | 16 | 65 | 2 |
| **MEDIAN TIMES (months)** | From Filing to Disposition | Criminal Felony | 7.9 | 12.3 | 11.0 | 10.5 | 10.6 | 8.9 | 32 | 2 |
| | | Civil** | 10.3 | 13.5 | 12.6 | 13.3 | 12.0 | 13.9 | 70 | 6 |
| | From Filing to Trial** (Civil Only) | | 31.0 | 44.0 | 40.5 | 42.0 | 31.0 | 39.5 | 58 | 1 |
| **OTHER** | Civil Cases Over 3 Years Old** | Number | 251 | 310 | 327 | 435 | 406 | 349 | | |
| | | Percentage | 12.4 | 14.6 | 13.4 | 15.4 | 15.4 | 13.8 | 82 | 3 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.2 | 1.5 | 1.4 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 35.04 | 30.41 | 31.47 | 28.96 | 28.75 | 24.75 | | |
| | | Percent Not Selected or Challenged | 24.6 | 16.9 | 20.3 | 21.4 | 19.9 | 27.9 | | |

12-MONTH PERIOD ENDING SEPTEMBER 30

| 2009 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1498 | 174 | 31 | 518 | 32 | 11 | 69 | 123 | 109 | 35 | 265 | - | 131 |
| Criminal* | 458 | 12 | 98 | 128 | 38 | 73 | 6 | 74 | 2 | 2 | 4 | 9 | 12 |

\*   Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.

\*\* See "Explanation of Selected Terms."