IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WACOH COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-617-PD |
| | ) |
| ANALOG DEVICES, INC., ROBERT | ) |
| BOSCH LLC, KIONIX, INC., VTI | ) |
| TECHNOLOGIES, INC. and INVENSENSE, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL STATEMENT REGARDING DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

Pursuant to Local Rule 7.1.2(b), Defendants VTI Technologies, Inc. ("VTI") and InvenSense, Inc. ("InvenSense") respectfully submit this supplemental statement concerning their pending Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a) ("Motion") (D.I. 41) to notify the Court of recent activity that is relevant to the Motion.

On August 8, 2011, Defendant Robert Bosch ("Bosch") was dismissed from this action (D.I. 54). The Motion filed by VTI, InvenSense, and Bosch is still pending, and Bosch's dismissal further supports transferring this action to the Northern District of California. Wacoh has strenuously argued that Bosch's presence in this litigation supports a denial of the motion. In particular, Wacoh claimed that Bosch had a "long history of incorporation and litigation in Delaware" (D.I. 49 at 11), is headquartered in Illinois (*id.* at 2), and is "part of a huge, foreign conglomerate with offices around the world" (*id.* at 8). Wacoh's opposition also relies heavily on Bosch's alleged "admission" that "most of [Bosch's] employees, witnesses, documents and products relevant to the litigation are in Michigan." Putting aside that fact that many of Wacoh's

allegations are not based in fact, there can be no doubt that Wacoh's arguments concerning Bosch are irrelevant now that Bosch is no longer a party to this action.

Instead, the facts show that VTI and InvenSense have their operations and personnel entirely in California, which would make litigating thousands of miles away a burden on their respective business operations. Additionally, all of VTI's and InvenSense's potentially relevant documents, and nearly all of their witnesses are located in California. Thus, the convenience of the parties, which is among the most important factors in transfer analysis, greatly favors a transfer to California. *See Illumina, Inc. v. Complete Genomics*, C.A. No. 10-649, 2010 WL 4818083, at *3 (D. Del. Nov. 9, 2010). With no moving party having any presence outside of California, the Northern District of California is the more convenient forum for this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 351-9200
rsmith@mnat.com

OF COUNSEL:

Gianni Cutri
Jared Barcenas
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

*Attorneys for Defendant*
*VTI Technologies, Inc.*

September 2, 2011
4475084

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Elena C. Norman*

Elena C. Norman (#4780)
Pilar G. Kraman (#5199)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
enorman@ycst.com
pkraman@ycst.com

OF COUNSEL:

Andrew E. Monach
Marcelo Guerra
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000

*Attorneys for Defendant*
*InvenSense, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard K. Herrmann
>Mary Matterer
>MORRIS JAMES LLP
>
>Richard L. Horwitz
>POTTER ANDERSON & CORROON, LLP

I further certify that I caused copies of the foregoing document to be served on September 2, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann<br>Mary Matterer<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19806 | *VIA ELECTRONIC MAIL* |
| Matthew J.M. Prebeg<br>Stephen W. Abbott<br>Chris M. Faucett<br>CLEARNMANPREBEG LLP<br>815 Walker, Suite 1040<br>Houston, TX  77002 | *VIA ELECTRONIC MAIL* |
| Alisa Lipski<br>Goldstein & Vowell, LLP<br>1177 West Loop South<br>Suite 400<br>Houston, TX  77027 | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899-0951 | *VIA ELECTRONIC MAIL* |

2

George R. McGuire                                                                    *VIA ELECTRONIC MAIL*
Blaine T. Bettinger
BOND SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202-1355
Stuart J. Sinder                                                                         *VIA ELECTRONIC MAIL*
Mark A. Chapman
Matthew J. Fuast
KENYON & KENYON LLP
One Broadway
New York, NY  10004

                                                                             */s/ Rodger D. Smith II*
                                                                             _____
                                                                             Rodger D. Smith II (#3778)