# YOUNG CONAWAY STARGATT & TAYLOR, LLP

ELENA C. NORMAN
DIRECT DIAL:  302-571-5029
DIRECT FAX:   302-576-3402
enorman@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

December 5, 2011

**BY CM/ECF AND HAND DELIVERY**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    RE:    *Wacoh Company v. Analog Devices, Inc., et al.*, C.A. No. 10-617-RGA

Dear Judge Andrews:

    Pursuant to L.R. 7.1.2(b), Defendants respectfully submit the attached decision in *In re Link_A_Media Devices Corp.*, Misc. Docket No. 990 (Fed. Cir., Dec. 2, 2011), as subsequent authority that supports Defendants' pending motions for transfer.  In *In re Link_A_Media Devices Corp.*, the Federal Circuit ordered transfer of a patent action to the Northern District of California, noting that the district court's undue reliance on defendants' Delaware incorporation and plaintiff's choice of forum as reasons to deny transfer was abuse of discretion.  Among other similarities to *In re Link_A_Media Devices Corp.*, the instant Defendants' only ties to Delaware are their respective incorporations, as all of their operations are located outside of Delaware (VTI Technologies, Inc. and InvenSense, Inc. are located in California, and Kionix, Inc. is located in New York.).  Additionally, both the plaintiff in *In re Link_A_Media Devices Corp.* and Wacoh have no connection to Delaware, as Wacoh is a Japanese corporation with no U.S. offices.

                      Respectfully submitted,

                      /s/ *Elena C. Norman*

                      Elena C. Norman (No. 4780)

ECN:mcm
Attachment

cc:    Clerk, U.S. District Court (By CM/ECF)
        All Counsel of Record (By CM/ECF and E-mail)