## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WACOH COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-617 (RGA) |
| | ) | |
| ANALOG DEVICES, INC., ROBERT | ) | **REDACTED –** |
| BOSCH LLC, KIONIX, INC., VTI | ) | **PUBLIC VERSION** |
| TECHNOLOGIES, INC. and INVENSENSE, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

### SECOND DECLARATION OF SCOTT SMYSER IN SUPPORT OF
### DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 351-9200
rsmith@mnat.com
mflynn@mnat.com
*Attorneys for Defendant VTI Technologies, Inc.*

OF COUNSEL:

Gianni Cutri
Jared Barcenas
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

Originally Filed:  December 22, 2011
Redacted Version Filed:  December 28, 2011

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WACOH COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-617 (RGA) |
| | ) | |
| ANALOG DEVICES, INC., ROBERT | ) | **CONFIDENTIAL –** |
| BOSCH LLC, KIONIX, INC., VTI | ) | **FILED UNDER SEAL** |
| TECHNOLOGIES, INC. and INVENSENSE, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**SECOND DECLARATION OF SCOTT SMYSER IN SUPPORT OF
DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

I, Scott Smyser, declare as follows:

1.       I am the Vice President and General Manager at VTI Technologies, Inc. ("VTI")

and I submit this declaration based on personal knowledge.  If called upon as a witness, I

could and would competently testify to the truth of each statement herein.

2.       I have been employed at VTI since February 2008 and have held my current

position since that time.

3.       VTI has conducted business in the Northern District of California since

approximately 2008, shortly after I began working there.  As I stated in my prior

declarations, VTI has customers mainly in the western part of the United States, with

many of those customers located within or near the Northern District of California and

this has been the case since at least 2008.

4.       I understand that Wacoh has accused VTI's SCC1300 and similar parts of

infringing, and that VTI has denied infringement.  The SCC1300 is a Combined

Gyroscope and 3-Axis Accelerometer.  Prior to Wacoh's complaint being filed on July 20, 2010, VTI had offered for sale large quantities of the VTI SCC1300 within the Northern District of California.

5.      Specifically, ███████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███

6.      VTI's sales team also offered the SCC1300 and similar products to other companies in Northern California, including ████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA AND THE STATE OF CALIFORNIA THAT THE FOREGOING IS

TRUE AND CORRECT.

Dated: December 22, 2011

Scott Smyser

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on December 28, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

        I further certify that I caused copies of the foregoing document to be served on December 28, 2011, upon the following in the manner indicated:

Richard K. Herrmann                                *VIA ELECTRONIC MAIL*
Mary Matterer
Ken Dorsney
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19806

Matthew J.M. Prebeg                               *VIA ELECTRONIC MAIL*
Stephen W. Abbott
Chris M. Faucett
CLEARNMANPREBEG LLP
815 Walker, Suite 1040
Houston, TX  77002

George R. McGuire                                  *VIA ELECTRONIC MAIL*
Blaine T. Bettinger
BOND SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202-1355

Elena C. Norman                                    *VIA ELECTRONIC MAIL*
Pilar G. Kraman
YOUNG CONAWAY STARGATT &
    TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

*VIA ELECTRONIC MAIL*

Andrew E. Monach
Marcelo Guerra
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482

*/s/ Michael J. Flynn*

_____

Michael J. Flynn (#5333)